IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES E. BECK** | : | CIVIL ACTION NO. 1:14-CV-31 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Cohn) |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| Acting Commissioner of | : | |
| Social Security | : | |
| | : | |
| Defendant | : | |

## O R D E R

Before the Court in the above captioned action is a January 28, 2015 Report and Recommendation of the Magistrate Judge. No objections have been filed to the Report and Recommendation. Accordingly, this 23rd day of February 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Cohn.

2) The appeal is **DENIED** as the administrative law judge's decision is supported by substantial evidence.

3) The Clerk of Court shall **CLOSE** the case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court